THE UNITED STATES COURT of APPEALS
10th CIRCUIT
1823 Stout, Denver CO 80257

Appeal from
US Dist Court for Colo
Civil Action 92cv870

APPELLANT/PLAINTIFF
L. R. MOORE #47702
POB 6000, Sterling 80751

v.

DEFENDANT/APPELEE
John HICKENLOOPER,
et al
Defense Counsel
Colo Atty General
1300 Broadway
Denver CO 80203

OPENING BRIEF
Motion for Stay
&

17-1115

MOTION

Appellant moves for a stay of one or two days of Opening Brief due today. His ground is that Appellees have this Brief, sent to them for copying so he could file in accordance with 10th Cir. Rules. They refuse to return it today but might tomorrow.

Respectfully submitted 19 June 2017 by Appellant pro se

L R Moore