FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

June 22, 2017

Elisabeth A. Shumaker  
Clerk of Court

---

JESSE F. MONTEZ, et al.,

  Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

  Defendants - Appellees.

------------------------------

LEWIS ROGER MOORE,

  Claimant - Appellant.

No. 17-1115  
(D.C. No. 1:92-CV-00870-CMA-MEH)  
(D. Colo.)

---

**ORDER**

---

This matter comes on for consideration of the appellant's *Opening Brief Motion for Stay*. The motion is construed as a motion for extension of time in which to file the opening brief. As so construed, the motion is granted in part. The appellant shall file his opening brief by June 30, 2017.

Entered for the Court  
ELISABETH A. SHUMAKER, Clerk

by: Ellen Rich Reiter  
     Jurisdictional Attorney