THE UNITED STATES COURT OF APPEALS
TENTH CIRCUIT
1823 Stout, Denver CO 80257
CASE NO. 17-1115

Appeal from:
U. S. District Court or Colorado
Civil Action No. 92-cv-00870-CMA

NON-INTERESTED PLAINTIFF
THE LATE J. MONTEZ, Ft. Logan Cem.

INTERESTED PLAINTIFF-APPELLANT
L. R. MOORE pro se #47702; POB 6000; Sterling CO 80751

V.

DEFENDANT-APPELLEE
JOHN HICKENLOOPER, et al

**Defense Counsel (Counsel):** Colo. Atty. Generals: Cynthia Coffman, J.R. Fredericks, et seq. 1300 Broadway, 10th Fl.; Denver CO 80203

MOTION FOR TIME EXTENSION
&
CERTIFICATE OF COMPLIANCE & SERVICE

*COURT USE ONLY*

## MOTION FOR TIME EXTENSION

Appellant moves for a 60 day time extension due to very restricted law library access and other oppressing cases. Further he notes that Counsel has repeatedly and deliberately misrepresented material fact in her Answer Brief which he will correct ASAP.

## CERTIFICATE OF COMPLIANCE & SERVICE

Appellant pro se certifies that this pleading of 145 words seems to comply with 10th Circuit Rules.

Respectfully submitted on 17 August 2017 by above with copy simultaneously sent Counsel.   _/s/ L R Moore_