RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2018 FEB -2 AM 11: 54

# THE UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT

1823 Stout, Denver CO 80257

| | |
|---|---|
| **APPEAL FROM:**<br>U. S. District Court for Colorado<br>Civil Action No. 92-cv-00870-CMA<br>**LIVE PLAINTIFF-APPELLANT**<br>L. R. MOORE pro se: #47702; POB 80751;<br>Sterling CO 80751<br>**And**<br>**DEAD PLAINTIFFS[1]**<br>JESSES MONTEZ, ET AL: Ft. Logan Cemetery<br>V.<br>**DEFENDANT-APPELLEE**<br>JOHN HICKENLOOPER, et al<br>**Defense Counsel (Counsel):** Colo. Atty.<br>Generals; Cynthia Coffman, J. N. R. Fredericks;<br>1300 Broadway, 10th Fl.; Denver CO 80203 | **TENTH CIRCUIT NO. 17-1115**<br><br><br><br><br><br><br><br><br><br>Δ*COURT USE ONLY*Δ |

**MOTION FOR CONTEMPT AND COMPOUND INTEREST**
&
**CERTIFICATE OF COMPLIANCE AND SERVICE**

### MOTION

Appellant moves this Court to schedule a Contempt Hearing on Counsel as she states her office won't comply with this Court's 22 January 2018 Order to pay him. He asks that should she continue to refuse until Contempt Hearing held, that, should he prevail, that damages be tripled as in common for egregious conduct.

Further he asks for interest at 1.5% per month[2], compounded monthly, from

---

[1] The Caption is due to this Court's insistence on listing deceased plaintiffs in it while omitting deceased or left defendants. The Court has never explained how one corpse differs from the other, nor how to serve copy to the dead.

[2] This was the then normal rate for State of Colorado claims.

1

The date of the 2005 Award until paid in full.

He hopes that 15 years of refusals to pay suffices as cause for this Court to try to force Counsel to cease these and finally pay him what was only $50. He hopes to avoid the delay of having District Court repeat the Order to pay him.

### CERTIFICATE OF COMPLIANCE AND SERVICE

Appellant pro se certifies that this Opening Brief complies with 10th Circuit Rules as he understands them, is double-spaced, 14 point Roman, of 269 words.

Respectfully submitted on 30 January 2018 with copy simultaneously mailed to Counsel in Caption by Appellant _L R Moore_

2

Colorado Department Of Corrections
Name: LR Moore
Register Number: 47702
Unit: 35
Box Number: 6000
City, State, Zip: Sterling CO 80751



10th Circuit Ct of Appeals
1823 Stout
Denver CO 80257

80257-

